Name & Address

```
       FILED
CLERK, U.S. DISTRICT COURT

     JUL 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America,

PLAINTIFF(S)

v.

EONA ODILIA FUNES

DEFENDANT(S).

CASE NUMBER

08-1633M-1

**NOTICE OF DEFENDANT'S FAILURE TO SATISFY CONDITION(S) OF BOND; ORDER THEREON**

To: United States District/ Magistrate Judge  OLGUIN

Defendant  EONA ODILIA FUNES  was released and ordered to satisfy the following condition(s) of the bond on or before  7/21/08 :

☐ _____ cash
☐ Affidavit of surety - **Full Justification**
☐ With deeding of property
☐ Affidavit of surety - **No Justification**
☒ Other  PASSPORT DECLARATION NOT SUBMITTED ON OR BEFORE 7/21/08

Said condition(s) have **not** been satisfied as of this date and, therefore, bond has not been posted. Please check the appropriate box below and sign to indicate the action you would like taken.

Clerk, U. S. District Court

7/22/08
Date

By  DARYL REYNO
Deputy Clerk

====================================================================================

**IT IS HEREBY ORDERED:**
☐ Court clerk to issue bench warrant
☐ Court clerk to contact defense/government counsel and arrange a status conference as soon as possible
☒ Other  Pursuant to defense counsel, defendant will remain in custody at this time.

7/23/08                                                F__ M. Olg__
Date

cc: Counsel for defendant     Deputy Chief, Complaints Unit, USAO     PSA

CR-80 (10/96)   NOTICE OF DEFENDANT'S FAILURE TO SATISFY CONDITION(S) OF BOND; ORDER THEREON